PS 8
(12/04)

## UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

U.S.A. vs. **Peter Burke**                                                                Docket No. **07-222**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Peter Burke**, who was placed under pretrial release supervision by then **Magistrate Judge Susan D. Wigenton** sitting in the Court in Newark, New Jersey on March 21, 2006, under the following conditions:

1. $200,000 Bond secured by property and three cosigners.
2. Pretrial Services supervision.
3. 24 hour house arrest with electronic monitoring.
4. Surrender travel documents/ must not apply for new documents.
5. Maintain residence with wife, Sayo Burke, at 196 Overmount Ave., West Paterson, New Jersey.

On November 2, 2006, the defendant posted bond and was released on pretrial supervision.

On January 23, 2007, the Honorable Esther Salas, U.S. Magistrate Judge, signed an order permitting the defendant to move to 360-362 Monroe Street, Suite 5, Passaic, New Jersey. All other conditions were continued as previously ordered.

On February 27, 2007, the Honorable Esther Salas, U.S. Magistrate Judge, signed an order modifying the defendant's conditions of release to include: 1. The defendant shall attend anger management counseling as deemed appropriate by Pretrial Services; 2) The defendant shall not maintain residence with his wife, Sayo Burke; 3) The defendant's residence must be approved by Pretrial Services. This modification was based on a petition for action filed following the defendant being charged with simple assault and domestic violence on February 18, 2007. On May 10, 2007, an order was signed by the Honorable Jose L. Linares, U.S. District Judge, allowing the defendant to move back to 360-362 Monroe Street, Suite 5, Passaic, New Jersey.

On March 15, 2007 the defendant appeared before Your Honor and entered a guilty plea. At this time, sentencing is scheduled for October 24, 2007.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER: A bail violation hearing be scheduled.

ORDER OF COURT

Considered and ordered this _____ day of _____, _____ and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/5/07

_____
William Sobchik
U.S. Pretrial Services Officer