UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Jose Linares
Crim. No. 2007-CR-00222-JLL

v. :

PETER BURKE, : CONSENT ORDER

This matter having come before the Court on the application of Peter Burke by Martin Goldman, Esq., and the United States of America by John Gay, Assistant U.S. Attorney for the District of New Jersey, for an Order Modifying the Terms and Conditions of Peter Burke's release on bail in the above captioned matter, and John Gay and William Sobchik, PreTrial Services Officer, having consented and for good and sufficient cause shown:

WHEREFORE, on this 26 day of June, 2008

IT IS ORDERED that Dawn Harrison, who agreed to act as a personal guarantor for the Defendant, shall be fully released of any and all personal and financial obligations for the Defendant's bail; and it is further

ORDERED that all other terms and conditions addressed in previous orders shall remain in full effect; and it is further

ORDERED that a copy of this Order shall be served on all parties within 3 days of receipt of same.

HON. JOSE LINARES
United States District Judge