UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose Linares |
| | | Crim. No. 2007-CR-00222-JLL |
| v. | : | |
| | | <u>CONSENT ORDER</u> |
| PETER BURKE, | : | |

This matter having come before the Court on the application of Peter Burke (by Martin Goldman, Esq.), and the United States of America by John Gay, Assistant U.S. Attorney for the District of New Jersey, for an Order Modifying the Terms and Conditions of Peter Burke's release on bail in the above captioned matter, and John Gay having consented and for good and sufficient cause shown:

WHEREFORE, on this **10** day of **Dec**, 2008

IT IS ORDERED that the Defendant, Peter Burke, shall be permitted leave to change his residence to 394 South Harrison Street, Suite 207, East Orange, New Jersey 07018 as approved by Pre-Trial Services; and it is further

ORDERED that all other terms and conditions addressed in previous orders shall remain in full effect; and it is further

ORDERED that a copy of this Order shall be served on all parties within **3** days of receipt of same.

_____
HON. JOSE LINARES
United States District Judge