UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Jose Linares
                                         Crim. No. 2007-CR-00222-JLL

v.                              :
                                         CONSENT ORDER
PETER BURKE,                    :

     This matter having come before the Court on the application of Peter Burke (by Martin Goldman, Esq.), and the United States of America by John Gay, Assistant U.S. Attorney for the District of New Jersey, for an Order Modifying the Terms and Conditions of Peter Burke's release on bail in the above captioned matter, and John Gay having consented and for good and sufficient cause shown:

     WHEREFORE, on this _9th_ day of _Sept_, 2009

     IT IS ORDERED that the Defendant, Peter Burke, shall no longer be required to be fitted with electronic monitoring equipment as a condition of his release; and it is further

     ORDERED that all other terms and conditions addressed in previous orders shall remain in full effect; and it is further

     ORDERED that a copy of this Order shall be served on all parties within ___ days of receipt of same.

_____
HON. JOSE LINARES
United States District Judge