UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  
v.                                :     Crim. No. 07-cr-222-01 (JLL)

PETER BURKE,                      :     **CONSENT ORDER**
                                  :

This matter having come before the Court on the application of Peter Burke (by Martin Goldman, Esq.), and the United States of America by John Gay, Assistant U.S. Attorney for the District of New Jersey, for an Order Modifying the Terms and Conditions of Peter Burke's release on bail in the above captioned matter, and John Gay having consented and for good and sufficient cause shown:

WHEREFORE, on this 28 day of July, 2010

IT IS ORDERED that the defendant, Peter Burke, shall be permitted to have his house detention and electronic monitoring bracelet removed; and it is further

ORDERED that all other terms and conditions addressed in previous orders shall remain in full effect; and it is further

ORDERED that a copy of this Order shall be served on all parties within 3 days of receipt of same.

_____
HON. JOSE L. LINARES
United States Magistrate Judge

I hereby consent to the form
and entry of the within Order.

_____
Martin S. Goldman, Esq.
Attorney for Defendant, Peter Burke

_____
John Gay, United States Attorney
Assistant U.S. Attorney